Frances H. Bauman, Respondent, v. Walter J. Gutterson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Elizabeth A. Valentine, Respondent, v. John H. Valentine, Appellant.— Order reversed and motion denied, without costs, with leave to the plaintiff to renew, upon the ground that the papers do not show that payment cannot be enforced by means of sequestration of defendant's property. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Bronze Products Society, Inc., Appellant, v. Archibald J. Shapiro, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P J., Dowling, Smith, Page and Greenbaum, JJ.

Alexander J. Chechila, Appellant, v. Louis Nanassy and Others, Impleaded with The State of Hungary, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

John F. MacEnulty, Appellant, v. Carnegie Steel Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

William M. Davis, Respondent, v. Julius Kessler & Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The Globe Automatic Sprinkler Company, Inc., Appellant, v. Wells & Newton Company, Inc., and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Maine Lumber Company, Ltd., Appellant, v. Maryland Casualty Company, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

John F. Staiber, Respondent, v. Nan Staiber, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Elsie Schary, Appellant, v. S. Samuel Schary, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Clara Goffin, Respondent, v. Isidor Goffin, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.